UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR            )
ENVIRONMENTAL                   )
RESPONSIBILITY,                 )
                                )
            Plaintiff,          )
                                )
      v.                        )   Civil Case No. 11-1583 (RJL)
                                )
OFFICE OF SCIENCE AND           )
TECHNOLOGY POLICY,              )
                                )
            Defendant.          )
                                )

## ORDER
(July 30th, 2012)

For the reasons set forth in the Memorandum Opinion entered this 30th day of July, 2012, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [# 8] is **GRANTED**; and it is further

**ORDERED** that the plaintiff's Motion for Summary Judgment [# 9] is **DENIED**; and it is further

**ORDERED** that final judgment be entered for the defendant on all counts in the Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge